**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7243**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GUSTAV W. KLOSZEWSKI, a/k/a Jay Denmark,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Graham C. Mullen, Senior District Judge. (5:91-cr-00057; 5:92-cr-00023; 5:95-cr-00008; 5:95-cr-00021)

---

Submitted: October 31, 2006          Decided: November 16, 2006

---

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gustav W. Kloszewski, Appellant Pro Se. Amy Elizabeth Ray, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gustav W. Kloszewski appeals the district court's order dismissing his petition for writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Kloszewski</u>, Nos. 5:91-cr-00057; 5:92-cr-00023; 5:95-cr-00008; 5:95-cr-00021 (W.D.N.C. May 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>